UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENISE FELICITA NGANDU,

                    Plaintiff,

          -against-

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.

25-CV-7844 (MKV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The October 1, 2025 Standing Order staying certain deadlines in civil cases where the Government is a party is no longer in effect.

The Electronic Certified Administrative Record is due by **January 16, 2026**. Plaintiff's brief in support shall be filed by **February 17, 2026.** The Government's opposition shall be filed by **March 19, 2026.** Plaintiff's reply brief shall be filed by **April 2, 2026.**

DATED:  November 19, 2025
          New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**

United States Magistrate Judge